IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MISTY FARMER, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 3:21-cv-3027-CDC

**BOONE COUNTY INDEPENDENT LIVING, INC.**     **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

      Plaintiffs and Defendant submit this Joint Notice of Settlement to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file their Joint Motion for Approval of Settlement with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**MISTY FARMER, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Steve Rauls
Ark. Bar No. 2011170
steve@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and     DEFENDANT BOONE COUNTY
INDEPENDENT LIVING, INC.**

DAVIS, BUTT, TAYLOR & CLARK, PLC
P.O. Box 1224
Fayetteville, Arkansas 72702
Telephone: (479) 521-7600
Facsimile: (479) 521-7661

*/s/ William F. Clark*
William F. Clark
Ark. Bar No. 2010142
wclark@dbtcfirm.com